UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ALAN FRATTA, § § | | |
| PETITIONER, § | | |
| V. § § | | |
| WILLIAM STEPHENS, DIRECTOR § TEXAS DEPARTMENT OF § CRIMINAL JUSTICE, § INSTITUTIONAL DIVISION, § § | | 4:13-cv-03438  Death Penalty Case |
| RESPONDENT. § | | |

_____

**MOTION TO WITHDRAW FROM REPRESENTATION**
_____

TO THE HONORABLE MELINDA HARMON, UNITED STATES DISTRICT JUDGE:

Comes now Melissa Franklin, counsel for Petitioner Robert Fratta and files this Motion to Withdraw from representation of Petitioner Fratta. Ms. Franklin has accepted a position in the United States Court of Appeals for the Eleventh Circuit. She can no longer directly represent Petitioner Fratta but will be available to assist current counsel, Petitioner Fratta, or this Court as needed to transition new counsel onto the case.

After August 7, 2016, Ms. Franklin will be available at:

United States Court of Appeals for the Eleventh Circuit
Staff Attorney's Office
56 Forsyth Street NW
Atlanta, Georgia 30303
Phone: 404-335-6411
Fax: 404-335-6412

1

                Respectfully submitted,

                MELISSA ANN FRANKLIN

By:   */s/ Melissa Ann Franklin*
       Melissa Ann Franklin
       State Bar No. 24084919
       1004 West Avenue
       Austin, Texas 78701
       Telephone (512) 766-8390
       Facsimile (512) 309-5936
       ATTORNEY FOR PETITIONER

## **VERIFICATION**

I, Melissa Franklin, state that to the best of my knowledge, the facts alleged herein are true and correct, under penalty of perjury, as proscribed by Title 18 U.S.C. § 1746.

                /s/ *Melissa Ann Franklin*
                Melissa Ann Franklin

## **CERTIFICATE OF SERVICE**

On July 27, 2016, a copy of this motion was served upon Respondent by ECF filing or U.S. Mail, return receipt requested, addressed to Ellen Stewart-Klein, Assistant Attorney General, Capital Litigation, P.O. Box 12548, Capitol Station, Austin, Texas 78711.

/s/ *Melissa Ann Franklin*
Melissa Ann Franklin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ALAN FRATTA, | § § § | |
| PETITIONER, | § § | |
| V. | § § | |
| WILLIAM STEPHENS, DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, | § § § § § § | 4:13-cv-03438  Death Penalty Case |
| RESPONDENT. | § § | |

**ORDER**

This Court finds the Motion supported by good cause and orders that Attorney Franklin be removed as counsel of record for Petitioner Fratta.

Signed on this _____ day of _____, 2016.

_____
THE HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE