Case 4:13-cv-03438   Document 57   Filed in TXSD on 08/03/16   Page 1 of 2

United States District Court
Southern District of Texas
FILED

AUG 0 3 2016

David J. Bradley, Clerk of Court

To: The Hon. Melinda Harmon
Re: Appointment of new co-counsel
Case: Fratta v. Stephens, 4:13-cv-03438

Co-counsel Melissa Franklin is withdrawing due to being hired in Atlanta as staff counsel for the 11th Circuit Court of Appeals. I have already written remaining attorney James Rytting about his filing a motion requesting new co-counsel being appointed, but have not heard from him in several months. He did come to visit several of his other 6 clients here at Polunsky Unit, but keeps showing he does not have time for me - as I've complained about in the past. It appears from past conversations with him, and his amended petition, that he didn't even read the Answer filed by the State to my co-defendant Howard Guidry's writ back in November of 2015.

I really need co-counsel appointed so I have another attorney to consult with, and who can help assure pleadings get read, filed, and corrected when necessary. Mr Rytting also needs co-counsel appointed since he's too busy for me.

There are a handful of attorneys on the CJA list I have **some** form of **conflict** with; such as: Philip Hilder, Patrick McCann, Vivian King, Kurt Wentz, Edward Mallet, and possibly Gerald Bierbaum, Jerome Godinich, Gerald Borque, Thomas Allen Martin, Tyrone Moncriffe, Mervin Mosbacker, & Don Vernay.

Following are attorneys **I** do **NOT** have any conflict with and feel would be **GOOD** appointments who show as doing appellate work on the CJA listing I have:
1) George Michael DeGeurin, Jr.,  2) Kent A. Schaffer,  3) Nicole DeBorde,
4) Cynthia J. Cline,  5) Windi Akins Pastorini,  6) Georgette Oden,  7) Margaret Schmucker,  and  8) Stephen Randall.  I am unfamiliar with the remaining attorneys listed as doing appellate work on the CJA list, but have no known conflicts with them.  I do know that DeGeurin had contacted Mr Rytting (&/or Mr Hilder) a while back after I had written him, but don't think any of the other 7 I listed ever did.

Please appoint new co-counsel to my case right away so I have someone to consult with, and who can assit Mr Rytting and oversee that things get done effectively and zealously for me.

Thank you.

Respectfully submitted,

Robert Alan Fratta

July 31, 2016

Robert A. Fratta
Polunsky Unit, # 999189
3872 FM 350 South
Livingston, TX 77351

Clerk of Court - U.S. Southern District
5401 Bob Casey U.S. Courthouse
515 Rusk St.
Houston, TX 77002

77002-252999

United States District Court
Southern District of Texas
LEGAL FILED
AUG 0 3 2016
David J. Bradley, Clerk of Court