# UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

Robert Alan Fratta

v.

Lorie Davis

§
§
§
§
§
§

CASE NUMBER  13cv3438

CD on file for viewing in the clerk's office.

_____

_____

_____

_____

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☑ IN BROWN EXPANDABLE FOLDER

INSTRUMENT # 61