

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

August 22, 2016

United States District Court
Southern District of Texas
FILED
AUG 2 3 2016
David J. Bradley, Clerk of Court

Clerk, United States District Court
Southern District, Houston Division
515 Rusk Street, Room 5300
Houston, Texas 77002

Re:   *Robert Alan Fratta v. Lorie Davis, Dir., TDCJ-CID*
      Civil Action No. 4:13-cv-03438

Dear Clerk,

     Enclosed please find copies of the petitioner's state court records for the above referenced case, contained on one CD. Please indicate the date of filing of these records on the enclosed copy of the letter and return it in the postage-paid envelope provided.

Sincerely yours,

/S/ Ellen Stewart-Klein

ELLEN STEWART-KLEIN
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

ESK/ebk
Enclosure

Cc:   James Gregory Rytting
      Hilder Associates PC
      819 Lovett Boulevard
      Houston, TX 77006
      (LETTER ONLY)