United States District Court
Southern District of Texas

**ENTERED**

October 04, 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ALAN FRATTA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3438 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Pursuant to 18 U.S.C. § 3599(a)(2), the Court **GRANTS** Petitioner Robert Alan Fratta's motion to appoint co-counsel (Instrument No. 59). The Court appoints the following attorney serve as co-counsel in these proceedings:

**Stephen E. Randall**
440 Louisiana, Ste. 900
Houston, TX 77002
713-275-2179
Fax: 713-236-7768
Email: stephen.e.randall@gmail.com

Mr. Randall will represent Fratta "throughout every subsequent stage of available judicial proceedings . . . ." 18 U.S.C. § 3599(e).

Counsel for Fratta has also filed a Motion for Interim Payments. (Instrument No. 60). Given the complexity of this case, the Court **GRANTS** the motion and authorizes Fratta's attorneys to submit vouchers for interim payment.

SIGNED at Houston, Texas, this 3rd day of October, 2016.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE

1 / 1