IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN FRATTA, | § | |
| VS. | § | |
| LORIE DAVIS, | § | CASE NO. 4:13-CV-3438 |
| | § | |
| | § | |

## UNOPPOSED MOTION TO WITHDRAW

TO THE HONORABLE MELINDA HARMON, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, undersigned counsel for the petitioner, and presents this, his Motion to Withdraw, and would show the Court the following:

Counsel was appointed to assist lead counsel, Mr. James Rytting, on October 3, 2016. The petition has been dismissed with prejudice as of September 18, 2017. Mr. Rytting and Mr. Fratta are in agreement that the assistance of undersigned counsel is not necessary for the appellate process and further stages of the litigation.

For these reasons, undersigned counsel respectfully requests that this Honorable Court grant his withdrawal from the representation.

Respectfully submitted,

_____

Stephen E. Randall,
Attorney at Law

SDTX Bar No. 1114448
440 Louisiana, 9th Floor
Houston, TX  77002
Ofc:   (713)275-2179
Fax:   (713)236-7768
stephen.e.randall@gmail.com

CERTIFICATE OF CONFERENCE

Counsel for the state has indicated that she has no position on this motion.

Stephen E. Randall

CERTIFICATE OF SERVICE

I certify that, contemporaneously with filing, a copy of the foregoing Motion to WITHDRAW was served by Notification of Electronic Filing by the Court's CM/ECF system.

Stephen E. Randall