UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Robert Alan Fratta,           X
    Petitioner               OCT 23 2017 X
        vs.                   X          CIVIL ACTION NO. 4:13-CV-03438
Lorie Davis,                  David J. Bradley, Clerk of Court
                              X
    Respondent                X

AMENDMENT/CORRECTIONS TO MOTION FOR RELIEF FROM 9/18/17 ORDER

On 10/16/17, Petitioner "Fratta" timely mailed/"filed" his motion for relief. Two corrections need to be amended to that motion as follows:

1) In the heading itself it states: "FRCP 59(c)" in brackets. That should instead read 59(e) as addressed in the text on page 1.

2) On page 7 - in between the 1st and 2nd paragraphs, the following paragraph needs to be inserted:

> This Court took it upon itself to draw conclusions **not** presented by Rytting or the State or in the trial itself. Fratta asks the Court to now draw this conclusion: Fratta co-owned the house with Farah. Fratta had the keys to all the doors of the house and garage doors, plus the garage door opener for the overhead garage door. Yet **all** the evidence (admissible and inadmissible) shows Fratta never gave Prystash or anyone else - any keys or opener to enter the house or garage/"building" (or any plans or diagram of the premises) in order to commit any burglary (or any offense overall). Fratta's trial attorneys should have pointed this out to the jurors to consider, and this Court should consider these important facts now.

This concludes the corrections needed to be made to the motion.

Submitted by:

[signature]

1.

Robert Alan Fratta, Petitioner

Polunsky Unit, #999189

3872 FM 350 South

Livingston, TX 77351

Signed: 10/17/17

Mailed: 10/18/17