Dear Clerk,                                      10/17/17 (Mailed 10/18)

    Enclosed is an amendment/corrections I needed to make to my motion for relief I just mailed yesterday morning to you; which you hopefully already received, scanned & filed.  Please scan & file this also, & present it with my motion for relief - to Judge Harmon to hopefully consider.  I still haven't heard from my attorney(s), so I can only assume neither filed for relief/reconsideration as I'd been told would be done.

    Thank you for your service and understanding.

OCT 23 2017

David J. Bradley, Clerk of Court

Sincerely,

*[signature]*

Robert Alan Fratta

Cause No. 4:13-cv-03438