United States District Court
Southern District of Texas
**ENTERED**
October 26, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT ALAN FRATTA, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 4:13-CV-3438 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

## ORDER

On September 18, 2017, the Court entered a Memorandum and Order and a Final Judgment denying Robert Alan Fratta's petition for a writ of habeas corpus. (Instrument Nos. 80, 81). Fratta filed a notice of appeal through appointed counsel. (Instrument No. 84). Fratta has now filed a *pro se* "Motion for Relief from 9/18/17 Order and Prior Orders Under FRPC 60(b) [or FRCP 59(c) or 60(d)(1)]." (Instrument No. 87). Fratta has also filed a *pro se* amendment to that pleading. (Instrument No. 88).

This Court has repeatedly cautioned Fratta that all communication and legal correspondence must come through appointed counsel. (Instrument Nos. 27, 40, 58). The Court has warned Fratta that any *pro se* filings may be stricken from the record. (Instrument No. 58). The Court, therefore, **ORDERS** the Clerk to **STRIKE** Fratta's recent *pro se* pleadings (instrument nos. 87, 88) from the record.

SIGNED at Houston, Texas, this 25th day of October, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE