Case 4:13-cv-03438   Document 92   Filed in TXSD on 10/30/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT ALAN FRATTA, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 4:13-CV-3438 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

## ORDER

Attorneys James G. Rytting and Stephen E. Randall represented Robert Allen Fratta during the pendency of his habeas corpus action in this Court. After this Court denied Fratta's federal habeas petition, Mr. Randall filed a motion to withdraw as counsel. Mr. Randall assured the Court that "Mr. Rytting and Mr. Fratta are in agreement that [his] assistance . . . is not necessary for the appellate process and further stages of the litigation." (Instrument No. 82). The Court granted Mr. Randall's motion to withdraw. (Instrument No. 83). Fratta has now filed a *pro se* motion for the appointment of co-counsel to represent him. (Instrument No. 91).

This Court has repeatedly warned Fratta to direct all communication and legal correspondence through appointed counsel. (Instrument Nos. 27, 40, 58). The Court has stricken Fratta's recent *pro se* pleadings from the record. (Instrument No. 90). The Court **DENIES** the instant motion for the appointment of co-counsel. (Instrument No. 91). The Court invites Fratta's appointed counsel move for the appointment of co-counsel, if necessary.

SIGNED at Houston, Texas, this 30th day of October, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE