Clerk,	7/29/18 (Mailed 7/30)

Enclosed is a copy of a letter I just wrote my attorney regarding his following up on his motion for co-counsel. Please simply scan it into my records. Thank you.

Sincerely,

*[signature]*

Robert Alan Fratta

Polunsky Unit, #999189

3872 FM 350 South

Livingston, TX 77351

Case No. 4:13-cv-03438

*United States Courts*
*Southern District of Texas*
*FILED*
*JUL 31 2018*
*David J. Bradley, Clerk of Court*

Mr. Rytting & Philip Hilder & Associates,                    7/29/18 (mailed 7/30)

DO NOT FILE ANY PETITION FOR A WRIT OF CERTIORARI ON MY BEHALF! I will be writing & filing one MYSELF, PRO SE. I will have it mailed from my cell on or before September 4th since September 3rd is a holiday (Labor Day).

I hereby authorize you/the firm to provide copies of any of my records/files, whether paper or electronically stored, to Ward Larkin. I have provided him with a list of the documents I need copies of for me to include as Appendices & Exhibits for my certiorari filing. Please give him full cooperation because it's all on MY behalf that you'll be making the copies.

Harmon still has not taken any action on your May 22nd motion for co-counsel & you've done no follow up motions about it. I want you to do SOMETHING to GET co-counsel appointed. Since Harmon refused to accept my 60(b) motion & you wouldn't file one, I need an attorney who WILL file one FOLLOWING MY INSTRUCTIONS of WHAT I want & need stated therein - since you won't do that for me. I wrote to Morris Moon. Have you heard from him at all? Have you tried to get ANY good FEMALE attorneys as I've requested of you all these months? DO SOMETHING please.

Since Harmon WANTS me to be executed, I'm asking you to also file a motion to the trial court for the Office of Capital & Forensic Writs to be appointed to file a subsequent writ for me. I mailed such a motion WEEKS ago - but it's mysteriously disappeared - like so many other odd occurrences in my case. At the very least, please ask the clerk if they got my motion, & if so, what's its status? If ignored or denied, please file one for me.

Write me back to acknowledge you:
1) will not file any certiorari on my behalf,
2) will provide Ward with copies of the records I requested of him,
3) will GET co-counsel appointed, or at least get a ruling of denial from Harmon, &
4) will motion for the trial court to appoint the OCFW, to at least get a ruling.

                                        Sincerely,

                                        Robert A. Fratta

Robert A. Fratta
Polunsky Unit, #999189
3872 FM 350 South
Livingston, TX 77351

LEGAL

Clerk of Court - U.S. Southern District
5401 Bob Casey U.S. Courthouse
515 Rusk St.
Houston, TX 77002