Dear Mr. Bradley,                                         3/9/19 (Mailed 3/11/19)

    Enclosed is my Advisory Motion. Would you please scan it onto my Docket and present it to Judge Hanen to read (along with Dockets 87, 88 & 90 if he wishes to see and/or read them also since I reference them in my enclosed motion.

    Thank you.

Sincerely,

*[signature]*

Robert Alan Fratta

Case No. 4:13-cv-03438

United States Courts
Southern District of Texas
FILED

MAR 13 2019

David J. Bradley, Clerk of Court