Case 4:13-cv-03438   Document 110   Filed on 09/09/19 in TXSD   Page 1 of 4

United States Courts
Southern District of Texas
FILED

SEP 09 2019

David J. Bradley, Clerk of Court

Dear Judge Hanen,                                          9/3/19 (mailed 9/4/19)

    I have NO COMMUNICATION from or with any attorney and feel and think I've been ABANDONED.

    The last communication I had with any attorney was during a visit with Joshua Freiman 1½ months ago on 7/25/19 when he ASSURED ME he'd visit again BEFORE the end of AUGUST to go over what he/the Federal Capital Habeas Unit ("CHU") would be filing to request relief from you under FRCP Rule 60. Per our conversation - I did much research and typed up an outline for a Rule 60 motion I wanted them to file, and I mailed it to them on 8/2/19. Then I typed up a modified outline and mailed it to the District Clerk on 8/7/19 to scan into my records. I assumed it would be Docket #107, but a friend of a friend told me it's not on my Docket. Then almost 3 weeks ago on 8/16/19 - the KPFT radio Prison Show announced my atorneys WITHDREW from my case. Neither this Court nor my former attorneys nor any new attorney has contacted me or mailed me a copy of what was filed (and ruled on by you?). Now I DON'T KNOW WHAT'S GOING ON.

    For 24+ years I've been telling all the TRUTHS and facts I know, and seeking justice, but ALL my attorneys LIE to me and REFUSE to file my meritorious and lawful requests for me, and all the judges chastise and punish ME instead of my attorneys. I don't believe that's the way our Founding Fathers intended for the system to work for we the people, and I believe they'd be appalled at how I've been mistreated by a system created to protect me from such injustices.

    I had told all the CHU attorneys since December 2018 that I wanted them to focus on filing for relief under Rule 60. Almost 9 MONTHS have gone by now - and no such motion was filed or even drafted for me to proof (as I requested). I told them back then it had to be filed in a "reasonable" time from their appointment, and, that I was suffering on a daily basis from the serious bodily injuries I sustained from having been assaulted in October 2018 by a staff sergeant. I explained I'm a senior citizen struggling to survive thru the pains and routine mistreatments here in this hellhole, and that I needed them to get the Rule 60 motion filed quickly - instead of the December 2019 time frame THEY considered to be "reasonable". So much for that, or attorneys who care about my well-being.

    Since reading <u>Gonzalez v. Crosby, 545 U.S. 524</u> and other cases, I firmly believe my Rule 60 motion outline is very meritorious and the correct way to write and file a Rule 60 motion. If it's on file (Docket 107?), would you please read it so you can see its merits? Then please either appoint new attorneys and order

them to file it for me right away (since you, as all judges thus far, don't want to accept my pro se filings), or, in the interest of justice - accept it as a pleading and make a ruling addressing everything cited therein.

If for some odd reason it's not on file, then please either appoint new attorneys and order them to immediately contact me to obtain it from me and file it on my behalf, or, order me to refile it as a motion for you to rule on - so as to not cause any further delays.

Please don't punish me for my attorneys' actions and lack thereof.

Sincerely,

Robert Alan Fratta
Polunsky Unit, #999189
3872 FM 350 South
Livingston, TX 77351

Cause No. 4:13-cv-03438

Dear Clerk Bradley,                                          9/3/19 (mailed 9/4/19)


Enclosed is my 9/3/19 letter to Judge Andrew Hanen.  Would you please scan it onto my Docket, and present it to Judge Hanen?

Thank you.

                                       Sincerely,

                                        Robert Alan Fratta

                                        Cause No. 4:13-cv-03438

Robert A. Fratta  
Polunsky Unit, #999189  
3872 FM 350 South  
Livingston, TX 77351

LEGAL

David J. Bradley, Clerk of Court  
5401 Bob Casey U.S. Courthouse  
515 Rusk St.  
Houston, TX 77002

United States Courts  
Southern District of Texas  
FILED  
SEP 09 2019  
David J. Bradley, Clerk of Court