UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ALAN FRATTA, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3438 |
| LORIE DAVIS, | § | |
| Respondent. | § | |

## ORDER

Texas death row inmate Robert Alan Fratta filed a *pro se* letter expressing concern about the relationship with his appointed attorneys. (Docket Entry No. 110). The Court ordered Fratta's appointed attorneys to file a response to his letter. (Docket Entry No. 111). On September 25, 2019, Fratta's appointed attorneys filed a response that resolved the concerns raised by Fratta. (Docket Entry No. 112). Accordingly, the Court **DENIES** Fratta's request for new counsel. (Docket Entry No. 110).

SIGNED at Houston, Texas this 30th day of September, 2019.

Andrew S. Hanen
United States District Court Judge