January 3, 2020

Ward Larkin
15327 Pebble Bend Dr
Houston, TX  77068-1839


Clerk, U.S. District Court
Southern District, Houston Division
515 Rusk St., Room 5300
Houston, TX  77002

Dear Clerk,

I request a duplicate copy of the CD mentioned in the attached letter. It appears to be docket item #61 in

> **Fratta *v.* Davis (4:13-cv-03438)**
> **District Court, S.D. Texas**

Also, I'm willing to provide you a flash drive, or an SD card upon which you copy the data contained on this CD. Or, I'm willing to come into the U.S. District Clerk's Office with my laptop computer to copy the data from the CD.

Thank you.

Sincerely,

DUPLICATE

Ward Larkin



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

August 22, 2016

United States District Court
Southern District of Texas
FILED

AUG 2 3 2016

David J. Bradley, Clerk of Court

Clerk, United States District Court
Southern District, Houston Division
515 Rusk Street, Room 5300
Houston, Texas 77002

Re:   *Robert Alan Fratta v. Lorie Davis, Dir., TDCJ-CID*
      Civil Action No. 4:13-cv-03438

Dear Clerk,

Enclosed please find copies of the petitioner's state court records for the above referenced case, contained on one CD. Please indicate the date of filing of these records on the enclosed copy of the letter and return it in the postage-paid envelope provided.

Sincerely yours,

/S/ *Ellen Stewart-Klein*

ELLEN STEWART-KLEIN
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

ESK/ebk
Enclosure

Cc:   James Gregory Rytting
      Hilder Associates PC
      819 Lovett Boulevard
      Houston, TX 77006
      (LETTER ONLY)