United States District Court
Southern District of Texas
**ENTERED**
February 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ALAN FRATTA, | § | |
| | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3438 |
| | § | |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Texas death row inmate Robert Alan Fratta has filed *pro se* motions in this closed federal habeas corpus action. (Docket Entry Nos. 114, 115, 116). The Court has repeatedly cautioned Fratta to submit all motions through his appointed attorneys. (Docket Entry Nos. 27, 40, 58, 90, 105, 111). The Court has warned Fratta that any *pro se* filings may be stricken from the record. Accordingly, the Court **ORDERS** the Clerk to **STRIKE** Fratta's recent *pro se* filings (Docket Entry Nos. 114, 115, 116) from the record.

The Court directs appointed counsel for Fratta to consult with their client concerning whether his *pro se* pleadings have any legal or factual merit and, if they do, discuss with their client the best manner to litigate them.

SIGNED at Houston, Texas this _13th_ day of _Feb_____, 2020.

Andrew S. Hanen
United States District Court Judge