United States Courts
Southern District of Texas
FILED

FEB 27 2020

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Robert Alan Fratta, Petitioner  X
              v.  X    CIVIL ACTION No. 4:13-cv-03438
Lorie Davis, Respondent  X

## NOTICE OF APPEAL

Notice is hereby given to Respondent Lorie davis, the only other party in this case, that Petitioner Robert Alan Fratta is appealing the Order issued by the Federal District Court on 2/13/20 (Dkt. 118), and also the judgment issued on 9/18/17 in docket 81. (See also Dkt. 80).

The aforementioned appeal is attached.

Submitted by:

*[signature]*

Robert Alan Fratta
Polunsky Unit, #999189
3872 FM 350 South
Livingston, TX 77351

Signed: 2/23/20

Mailed/Filed: 2/24/20

Robert A. Fratta
Polunsky Unit, # 999189
3872 FM 350 South
Livingston, TX 77351

LEGAL

Clerk David J. Bradley
5401 Bob Casey U.S. Courthouse
515 Rusk St.
Houston, TX 77002

United States Courts
Southern District of Texas
FILED
FEB 27 2020
David J. Bradley, Clerk of Court