UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Robert Alan Fratta

*versus*  Case Number: 4:13–cv–03438

Lorie Davis

## NOTICE OF NON–COMPLIANCE

The appellant or counsel for the appellant has failed to:

- Submit the DKT13 transcript order form.

Date: March 16, 2020.

David J. Bradley, Clerk