IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED
*March 18, 2020*
David J. Bradley, Clerk of Court

No. 20-70003

4:13-cv-3438

A True Copy
Certified order issued Mar 18, 2020

*Jyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

ROBERT ALAN FRATTA,

    Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Respondent - Appellee

Appeal from the United States District Court
for the Southern District of Texas

Before OWEN, Chief Judge, and Judges SMITH and COSTA, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellant's unopposed motion to dismiss the appeal is GRANTED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 18, 2020

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 20-70003   Robert Fratta v. Lorie Davis, Director  
                         USDC No. 4:13-CV-3438

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Monica R. Washington, Deputy Clerk  
504-310-7705

cc w/encl:  
    Ms. Maureen Scott Franco  
    Mr. James Gregory Rytting  
    Ms. Ellen Stewart-Klein