UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

MAR 19 2020

David J. Bradley, Clerk of Court

Robert Alan Fratta, Petitioner    X

v.    X    CIVIL ACTION No. 4:13-cv-03438

Lorie Davis, Respondent    X

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the Petitioner, Robert Alan Fratta, and files this motion pro se.

I. Per a letter by Clerk Bradley in Docket 121, Fratta "must" file this motion. Fratta was under the impression this motion was not at all necessary for FRCP 60 appeals and their FRAP 3 Notices, and especially since Fratta is already authorized by this Court (See Dockets 4 & 5) and all other Courts, and his status is unchanged. Therefore Fratta asserts "Prior Approval" of proceeding "on appeal in forma pauperis without further authorization" per FRAP 24(a)(3).

Also in regards to Clerk Bradley's letter, Fratta's in forma pauperis status is technically for two appeals. Firstly for Fratta's FRCP 60 appeal to rescind the 2/13/20 Order - which is under Docket 119 with one attachment of a two page letter to his former attorneys. If rescinded as is should be so Dockets 114 thru 116 are rightfully placed back on the records, then secondarily also for that FRCP 60 appeal for relief from the judgment and an acquittal.

Additionally, Fratta's in forma pauperis status will apply to any future appeals that might be necessary for him to file pro se.

Submitted by:

1.

*[signature]*

Robert Alan Fratta, Petitioner/Appellant

Polunsky Unit, #999189

3872 FM 350 South

Livingston, TX 77351

Signed: 3/14/20

Mailed/Filed: 3/16/20

2.

Robert A. Fratta
Polunsky Unit, # 999189
3872 FM 350 South
Livingston, TX 77351

United States Courts
Southern District of Texas
FILED
MAR 19 2020
David J. Bradley, Clerk of Court

LEGAL

David J. Bradley, Clerk of Court
5401 Bob Casey U.S. Courthouse
515 Rusk St.
Houston, TX 77002

77002-260486