UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

MAR 23 2020

David J. Bradley, Clerk of Court

Robert Alan Fratta, Petitioner    X

      v.    X    CIVIL ACTION No. 4:13-cv-03438

Lorie Davis, Respondent    X

## 2nd AMENDMENT TO MOTION FOR RELIEF FROM JUDGMENT

Comes now the Petitioner, Robert Alan Fratta, and files this 2nd amendment to his DKTS 114-116 Rule 60(b) Motion For Relief from his unlawful judgment. Following is another "Error of Law" to be added and considered as II.A.2(k) and read as follows:

k) Allowed a severely <u>material/fatal variance</u> to stand between the indictment (which charges Fratta with shooting and killing someone while he committed burglary all alone) and the proof at trial (that Fratta did <u>NOT</u> shoot and kill anyone and did <u>NOT</u> commit any burglary, and was <u>NOT</u> even at the scene), and upheld Fratta's conviction on that severe material variance during a sufficiency of the evidence assessment. Such a material or fatal variance <u>IS</u> a legal insufficiency of the evidence and automatic grounds for <u>ACQUITTAL</u> in this appeal. (See <u>Gollihar v. Texas</u>, 46 S.W. 3d 243).

That concludes what needs to be amended into Fratta's DKTS 114-116 motion.

Submitted by:
Robert Alan Fratta
Polunsky Unit, #999189
3872 FM 350 South
Livingston, TX 77351
Mailed/Filed: 3/18/20

Robert A. Fratta
Polunsky Unit, #999189
3872 FM 350 S.
Livingston, TX 77351

LEGAL

United States Courts
Southern District of Texas
FILED

MAR 23 2020

David J. Bradley, Clerk of Court

NORTH HOUSTON TX 770
20 MAR 2020 PM 2 L

David J. Bradley, Clerk of Court
5401 Bob Casey U.S. Courthouse
515 Rusk St.
Houston, TX
77002

FOREVER / USA