Clerk Bradley,                                              7/26/20 (mailed 7/27)

Since the CHU attorneys appointed to represent me are still NOT representing ME by simply filing a Rule 60 motion for relief they've been lying to me that they will for over 1½ YEARS now, &, still have not mailed me a copy of their sealed DKT 132 Advisor from 2½ MONTHS ago that I have a Right to have so I can see for myself whatever "lines" they handed to Judge Hanen, I need you to please mail me a printout of it in its entirety. Enclosed is a self-addressed stamped envelope to place it in.

Thank you.

Sincerely,

*Rafratta*

Robert Alan Fratta

Case No. 4:13-cv-03438

United States Courts
Southern District of Texas
FILED

JUL 3 - 2020

David J. Bradley, Clerk of Court

Robert A. Fratta
Polunsky Unit #999189
3872 FM 350 South
Livingston, TX 77351

LEGAL

David J. Bradley
Clerk of Court
5401 Bob Casey U.S. Courthouse
515 Rusk St.
Houston, TX

7002-2604-9i

NORTH HOUSTON TX 773
30 JUL 2020 PM 2 L

United States Courts
Southern District of Texas
FILED
JUL 31 2020
David J. Bradley, Clerk of Court