4:13 CV 3438

Dear Clerk Bradley,                                            8/4/20 (mailed 8/5)

    Enclosed is my letter to my attorney Joshua Freiman to please place in my files in case Judge Hanen wishes to read it. I am severing my attorney-client relationship with all my currently appointed attorneys & instructed Josh to file a motion to withdraw them all & be replaced by the appointment of the Northern Federal Public Defender Office (or the Eastern Office IF one has now been formed) - in order to effect the fastest & smoothest transition possible between 2 "FPD" Offices.

    Hopefully Josh will file the motion and Judge Hanen will grant it quickly so the newly appointed FPD can file a Rule 60 motion very shortly after their appointment.

    Thank you.

Sincerely,

Robert Alan Fratta

Case No. 4:13-cv-03438

United States Courts
Southern District of Texas
**FILED**
AUG 10 2020
David J. Bradley, Clerk of Court

P.S. - Im mailing a copy of the enclosed letter to Josh.

To: Joshua Freiman
From: Robert Alan Fratta
Date: 8/4/20
Re: Termination of attorney-client relationship & immediate withdrawal & replacement

    You and the Western District Federal Public Defender Office (FPD) are hereby DISCHARGED under State Bar Rule 1.15. This is the 2nd time I've discharged you, but the last time you'll not honor my lawful insistence. I am terminating our attorney-client relationship and will not accept any calls or visits from any of you. You have lied to me, gotten my hopes up, and hurt my feelings for the last time. In these past 25+ years, no attorney has lied to me as many times as you have - while doing absolutely nothing to help me in federal or State court, or with my daily suffering in prison during the 1½ years the Western FPD has been on my case. Some examples regarding legal matters of my case you've lied to me about the past 1½ years are:

1) Filing a Rule 60 motion. You are never going to, and I'm CONVINCED you WANT me to kill myself or be executed.
2) You pleaded with me to not file a Notice of Appeal regarding Dkt 135 because you were concerned my doing so would make you look bad, so you PROMISED to have a draft copy of a Rule 60 motion in my possession prior to our scheduled 7/10/20 phone call so we could discuss it in detail for filing. I honored MY end of the agreement and didn't file. But once again you broke your word and I was a fool for trusting in you again.
3) You told me LAST YEAR you'd send me a draft copy of an 11.071(5) you claimed you'd file in State court, but never did.
4) You've done NO INVESTIGATION of what Prystash & Guidry told me happened, and none of my case in general. (In 25+ years, NO attorney has EVER investigated my case for the facts and truths).
5) You've collected NO EVIDENCE I told you was critical to prove I'm innocent.
6) You've sent me no evidence I requested that should already be in your records of my case.
7) You've not spoken with any witnesses I told you are vital to my innocence.
8) You've not sent me a printout of your sealed Dkt 132 filing so I can see what lies you told the Court.
9) You've not sent me case laws you've referred to regarding my case which are not in this law library.
10) You never resent me whatever legal material was in your mailing that got denied

and confiscated due to 2 alleged drug dog "hits" for smelling narcotics on it. (TDCJ DRC headquarters denied my appeal of it).
11) You've NEVER honored ANY of my lawful insistences.
12) You've fought zealously AGAINST ME rather than for me.

Some examples of other legal matters you've lied to me about and/or have not helped me with LIKE OTHER ATTORNEYS DO FOR THEIR CLIENTS are:
1) Getting a law firm to sue TDCJ for assaulting me and leaving me with permanent injuries to my throat (AS YOU KNOW) which require surgeries.
2) Getting me moved out of this current punishment ("management") cell and into a cell that meets my 3 medical recommendations - such as the move you SAID you'd ask the warden to make WEEKS ago, but didn't.
3) Didn't call the warden about making sure a certain inmate we discussed is never housed on the same section as me.
4) Refused to open an Interest on ▬▬▬ Lawyers Trust Account ("IOLTA") regarding my book: THE SOLUTION TO END RACIAL, RELIGIOUS and POLITICAL TENSIONS.

I am instructing you to IMMEDIATELY file a motion for withdrawal of all of you, and request ONLY the appointment of the Northern District FPD Office, OR the Eastern District FPD Office IF one has now been formed, in order to effect the smoothest and most expeditious transition of all my files, letters, information, etc, to a fellow FPD Office so THEY can file a Rule 60 motion SOON. If you actually have finally drawn up a draft for a Rule 60 filing, kindly forward it to the Northern (or Eastern) FPD with the rest of my files, and please mail me a copy.

We are DONE. If you refuse to immediately file the motion to withdraw and be replaced by the other FPD, we will be at war! I will file complaints to the State Bar, ABA, Courts, and mainstream and social media sources. Make peace, not war. I want, need and deserve HONEST attorneys of ACTION, not words and broken promises. Attorneys who will represent ME, not themselves.

Sincerely,

*[signature]*

Robert A. Fratta
Case No. 4:13-cv-03438

Robert A. Fratta
Polunsky Unit, # 999189
3872 FM 350 South
Livingston, TX 77351

LEGAL

David J. Bradley, Clerk of Court
United States Courts
Southern District of Texas
FILED
AUG 10 2020

David J. Bradley, Clerk of Court
5401 Bob Casey U.S. Courthouse
515 Rusk St.
Houston, TX 77002

77002-260099