Dear Clerk Bradley, 8/25/20 (Mailed 8/26)

Enclosed are 4 pages (a 2 page letter to Judge Hanen, & a 2 page letter from the FPD CHU Office) to please place in my records & present to Judge Hanen in the hopes he will discharge my current attorneys & appoint a different CHU Office as quickly as possible.

Thank you.

Sincerely,

Robert Alan Fratta

No. 4;13-cv-03438

United States Courts
Southern District of Texas
FILED

SEP 1 2020

David J. Bradley, Clerk of Court

Judge Hanen,

8/25/20 (mailed 8/26)

Attached is the 8/12/20 response letter from the Federal Public Defender (FPD) Capital Habeas Unit (CHU) to my Docket 137 letter demanding for the 2nd time that they withdraw & request replacement of a different FPD CHU. As you can see, my attorneys are once again IGNORING my lawful insistences & REFUSING to withdraw while STILL doing NOTHING about my complaints in Dkt 137. This now makes 20 MONTHS of LIES & EXCUSES. To PROVE to you once & for all that I have IRRECONCILABLE DIFFERENCES & have SEVERED/TERMINATED my attorney-client relationship & communications with them, I wrote INTENTIONALLY profane comments on Adrian's letter & am submitting it to the Court only. My attorneys can read it & this letter if they are scanned onto my Docket, or the Clerk can send it all to them. I've been nice & respectful to them but get no respect in return. You can't expect me to give respect when I'm not getting any. It's truly a sad state of affairs in our system when the only way a client can get his attorneys to withdraw is to cuss them out. I had to do the same in State habeas after many months of respectful pleadings to my attorney & the court, & wish I'd done that in direct appeal to have gotten my legal insufficiency claims accepted back then. The ONLY thing our system recognizes nowadays from laypeople is when they SHOW their anger & are DISrespectful. Hence all the protests & riots around the country, & my having to use vulgarity in seeking justice for my case. Pretty sad, huh? But anyone who looks over my docket can easily see who are to blame for my being FORCED into this "peaceful protest".

That 8/12/20 letter, & any future correspondence from any of them to me - constitutes HARASSMENT. Every day they remain on my case is EXTREMELY UPSETTING for me & ADDS DURESS to my life.

If you'll IMpartially review my docket, you'll SEE they've done NOTHING for ME. The ONLY "actions" they've taken have been to give lies & excuses to you too when you've ORDERED THEM to file advisories. WHAT have they DONE for ME?!... N-O-T-H-I-N-G! Read my Dkt 137 complaints. Every day I'm in pain from having been assaulted by TDCJ staff on 10/19/18. That's almost 2 years ago & they took NO action to see that I got restitution, or never get assaulted again, or that I get moved out of this punishment cell & into a medically recommended cell on A Pod C or D section (& that a certain inmate is never housed on the same section as me), or that I get the throat surgery(ies) I need to hopefully end most of the pain & suffering. I vomit trying to swallow pills. I "choke" just swallowing

my own saliva. I have to clear my throat constantly. I lost my singing voice. They could & SHOULD have gotten a firm to SUE TDCJ for my injuries & daily pain & suffering. With that money I could have hired attorneys to help my jailed son & myself. They care nothing about me, & their lack of actions in every facet of my case & confinement conditions PROVE that fact. Completing & filing a Rule 60 motion, calling the warden, & getting a firm to sue for me, are all things they EASILY could have done FROM THEIR HOMES. Josh TOLD ME on MULTIPLE occassions he WOULD. Adrian is a witness to that. WHY didn't Josh do anything? Other attorneys have been & still are calling here regularly & working for their clients & even helping with their confinement conditions here. There are NO EXCUSES for mine not to have. Please recognize that truth. Would YOU keep attorneys (or a friend, lover or acquaintance) who constantly lied to you, gave you none of the help you told them you desperately needed, & made excuses about everything? NO! So why are you forcing me to?

All my life I've been kind to people & wanted to help others. Even now I'm TRYING to help others by finally getting my book: THE SOLUTION TO END RACIAL, RELIGIOUS AND POLITICAL TENSIONS published. Yet no one cares! What has happened to this country & world? Lawlessness abounds & the love of many surely has grown cold (Mth. 24:12).

At any rate, kindly immediately DISCHARGE my current attorneys & APPOINT a DIFFERENT FPD CHU Office (Houston? Dallas? Or ?) to take over matters right away. If that CHU's docket is full, they can reassign one of their current clients to the Western CHU since they'll no longer have my case.

Sincerely,

[signature]

Robert A. Fratta
Polunsky Unit, #999189
3872 FM 350 South
Livingston, TX 77351

Case No. 4:13-cv-03438

**FEDERAL PUBLIC DEFENDER**

WESTERN DISTRICT OF TEXAS

***CAPITAL HABEAS UNIT***

MAUREEN SCOTT FRANCO
FEDERAL PUBLIC DEFENDER

TIVON SCHARDL
SUPERVISORY ASSISTANT

TIMOTHY GUMKOWSKI
JOSHUA FREIMAN
ASSISTANT FEDERAL PUBLIC DEFENDERS

919 CONGRESS AVENUE, SUITE 950
AUSTIN, TEXAS 78701-2860

TELEPHONE
(737) 207-3007
TOLL FREE
(844) 386-8210
FACSIMILE
(512) 499-1584

SAN ANTONIO
ALPINE-PECOS
DEL RIO
EL PASO
MIDLAND
WACO

August 12, 2020

rec'd 8/21/20

It's MY decision, not yours. And I told you to keep "working", calling, + writing. You did NONE of that. Other attorneys are still working, calling, + writing guys here. And Rytting has filed at least 2 motions for Jeff Prible. Why is it always NOTHING for me?!

Robert Fratta
TDCJ # 999189
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Hi Bobby,

There are ZERO Death Row cases!

How are you doing? I hope you're doing well. A few weeks ago, we heard that the number of positive COVID cases at Polunsky had skyrocketed. Because we were concerned about calling out our clients for regular phone calls, we decided that it would be best to postpone our next call until the situation within Polunsky had improved. We really didn't want to expose you unnecessarily to the virus if we could avoid doing so. That being said, I can see how that threw off our call schedule, which is extremely unfortunate considering how well the calls were going.

ALL talk, NO actions!

Don't "write", - WITHDRAW!

After I saw your most recent letter, I immediately wanted to write you. I truly appreciate you sharing how you feel with us and I can't even begin to imagine what it must have felt like to go from regular calls to apparent silence for a few weeks. It must have felt like our discussions and work plans were falling apart. I'm really very sorry. But please know that while COVID has delayed our calls for a bit, our work on your case has continued. Specifically, Josh has been working extremely hard on your 60(b) outline to ensure that we send you the best arguments available.

What "work"?

God damned BULLSHIT LIE! It's been over 1½ God damned Years!

As we've talked about before, because of the pandemic, we've had to shift our work around quite a bit. I'm currently unable to travel or interview folks (which is an office policy), but please know that I'm still working from home. I continue to

You've done NOTHING! GET OFF MY CASE!

look over your case, compiling witnesses and prepping for when I'm given the green light to hit the road again. We're also keeping an eye on Daniel's case, which has recently been reset several times (also likely due to COVID).

I completely understand your frustration and anger and I hope that in the coming weeks and months I can try to help repair our relationship. We are still here for you. I sincerely hope that we're able to get back to our regular conversations, which I genuinely miss. Actually, I wish we could go back to our regular in-person visits, but prison policy – as you know – won't permit us access. That said, and taking into consideration the risks of phone calls at Polunsky, would you be open to continuing our phone conversations? If you'd rather just write letters, I would be happy to do that as well. Either way, please write me back and let me know.

Be well and please stay safe.

Very truly yours,

Adrián de la Rosa

OVER 1½ Years of Lies + Excuses! FUCK You guys! Withdraw! I'm thru with being nice + respectful to you do-nothing sorry-asses!

Robert A. Fratta
Polunsky Unit, # 999189
3872 FM 350 South
Livingston, TX 77351

NORTH HOUSTON TX 773
31 AUG 2020 PM 6 L

FOREVER / USA

United States Courts
Southern District of Texas
FILED
SEP 1 2020
David J. Bradley, Clerk of Court

LEGAL

David J. Bradley, Clerk of Court
5401 Bob Casey U.S. Courthouse
515 Rusk St.
Houston, TX
77002

77002-260099