United States District Court
Southern District of Texas
**ENTERED**
October 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ALAN FRATTA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3438 |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Texas death-row inmate Robert Alan Fratta has filed a *pro se* motion to dismiss his attorneys. (Docket Entry No. 139). Fratta has since submitted a letter withdrawing that motion. (Docket Entry No. 140). The Court **DENIES** Fratta's motion to dismiss counsel. The Court again instructs Fratta to cease submitting *pro se* filings. (Docket Entry No. 135). The Court will strike all future *pro se* documents.

Fratta's attorneys have filed an Opposed Motion to Reopen the Judgment. (Docket Entry No. 141). Respondent Bobby Lumpkin[1] will file a response within thirty days from the entry of this Order. Fratta's attorneys may file a reply within thirty days thereafter.

SIGNED at Houston, Texas this 14th day of October, 2020.

Andrew S. Hanen
United States District Court Judge

---

[1]     The previously named Respondent in this action was Lorie Davis. On August 11, 2020, Bobby Lumpkin succeeded Lorie Davis as Director of the Correctional Institutions Division. Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, Bobby Lumpkin "is automatically substituted as a party."